**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2334**

———————

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

K. S. CLARK, Virginia State Trooper, Virginia
State Police Barracks with office at Giles
County; J. BOWLING, Virginia State Trooper,
Virginia State Police Barracks with Office at
Giles County; SHERIFF'S DEPARTMENT, at
Pearisburg, Virginia; DEPARTMENT OF MOTOR
VEHICLES; GERALD W. DUNCAN, Treasurer, Giles
County Treasurer's Office,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-624-7)

———————

Submitted:  March 11, 2004          Decided:  March 17, 2004

———————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Rodney Victor Harris, Appellant Pro Se.  Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Harris v. Clark, No. CA-03-624-7 (W.D. Va. filed Sept. 22, 2003; entered Sept. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED